**SEDGWICK LLP**
RALPH A. CAMPILLO (State Bar No. 70376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM O'BOYLE (State Bar No. 239495)
arameh.oboyle@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:     213.426.6921

**SEDGWICK LLP**
WAYNE A. WOLFF (State Bar No. 161351)
wayne.wolff@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2806
Telephone:     (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendants
Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp.
d/b/a Stryker Orthopaedics), Stryker Corporation and
Stryker Sales Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VIENS and LAWRENCE VIENS, | Case No.  3:13-cv-00262-JCS |
| Plaintiff(s), | **STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS; STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1 through 100, inclusive, | |
| Defendant(s). | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Local Rule 6-1(a), Plaintiffs Sandra Viens and Lawrence Viens ("Plaintiffs") and Defendants Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics), Stryker Corporation and Stryker Sales Corporation (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate to a thirty (30) day extension of time

**1**

for Defendants to respond to Plaintiffs' Complaint.  Accordingly, Defendants shall have until, and including, February 25, 2013, to respond to Plaintiffs' Complaint.

**So Stipulated.**

DATED:  January 25, 2013        SEDGWICK LLP

                                By: /s/ Arameh Zargham O'Boyle
                                    Arameh Zargham O'Boyle
                                    Ralph A. Campillo
                                    Wayne A. Wolff
                                    Attorneys for Defendants
                                    Howmedica Osteonics Corp (sued as Howmedica
                                    Osteonics Corp. d/b/a Stryker Orthopaedics),
                                    Stryker Corporation and
                                    Stryker Sales Corporation

DATED:  January 25, 2013        LEVIN SIMES LLP

                                By: /s/ Rachel Abrams
                                    Rachel Abrams
                                    William A. Levin
                                    Lauren L. Simes
                                    Attorneys for Plaintiffs Sandra Viens
                                    and Lawrence Viens

Dated: 1/28/13

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

**2**
**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
LA/2187350v1