1  **SEDGWICK LLP**
   RALPH A. CAMPILLO (State Bar No. 70376)
2  ralph.campillo@sedgwicklaw.com
   ARAMEH ZARGHAM O'BOYLE (State Bar No. 239495)
3  arameh.oboyle@sedgwicklaw.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, CA  90017-5556
   Telephone:	213.426.6900
5  Facsimile:	213.426.6921

6  **SEDGWICK LLP**
   WAYNE A. WOLFF (State Bar No. 161351)
7  wayne.wolff@sedgwicklaw.com
   333 Bush Street, 30th Floor
8  San Francisco, CA  94104-2806
   Telephone:	(415) 781-7900
9  Facsimile:	(415) 781-2635

10 Attorneys for Defendants
   Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp.
11 d/b/a Stryker Orthopaedics), Stryker Corporation and
   Stryker Sales Corporation
12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA VIENS and LAWRENCE VIENS, | Case No.  3:13-cv-00262-JCS |
| Plaintiff(s), | **STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS; STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1 through 100, inclusive, | |
| Defendant(s). | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Local Rule 6-1(a), Plaintiffs Sandra Viens and Lawrence Viens ("Plaintiffs") and Defendants Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics), Stryker Corporation and Stryker Sales Corporation (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate to a thirty (30) day extension of time

**1**

for Defendants to respond to Plaintiffs' Complaint.  Accordingly, Defendants shall have until, and including, February 25, 2013, to respond to Plaintiffs' Complaint.

**So Stipulated.**

DATED:  January 25, 2013          SEDGWICK LLP


                                  By: */s/ Arameh Zargham O'Boyle*
                                      Arameh Zargham O'Boyle
                                      Ralph A. Campillo
                                      Wayne A. Wolff
                                      Attorneys for Defendants
                                      Howmedica Osteonics Corp (sued as Howmedica
                                      Osteonics Corp. d/b/a Stryker Orthopaedics),
                                      Stryker Corporation and
                                      Stryker Sales Corporation


DATED:  January 25, 2013          LEVIN SIMES LLP


                                  By: */s/ Rachel Abrams*
                                      Rachel Abrams
                                      William A. Levin
                                      Lauren L. Simes
                                      Attorneys for Plaintiffs Sandra Viens
                                      and Lawrence Viens

Dated: 1/28/13

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]