1

**SEDGWICK LLP**
RALPH A. CAMPILLO (State Bar No. 70376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM O'BOYLE (State Bar No. 239495)
arameh.oboyle@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:     213.426.6921

**SEDGWICK LLP**
WAYNE A. WOLFF (State Bar No. 161351)
wayne.wolff@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2806
Telephone:     (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendant
Howmedica Osteonics Corp
(sued as Howmedica Osteonics Corp.
d/b/a Stryker Orthopaedics)

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VIENS and LAWRENCE VIENS, | Case No.  3:13-cv-0262-RS |
| Plaintiff(s), | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL** |
| v. | |
| HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS, | |
| Defendant(s). | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After consideration of Plaintiffs Sandra Viens and Lawrence Viens and Defendant

Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker

Orthopaedics)'s Joint Stipulation to Stay Proceedings Pending Ruling by MDL Panel, and

good cause appearing, it is hereby ordered that the Joint Stipulation is **GRANTED**.  All

proceedings in this action are hereby stayed and all current deadlines are vacated pending the

Judicial Panel on Multidistrict Litigation's decision on the pending transfer request.

**1**

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL**

LA/2211990v1

1

**IT IS SO ORDERED.**

2

3

    Dated: __3/22_____, 2013

4

5

                                    _____

6                                      The Honorable Richard Seeborg

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL**

LA/2211990v1